UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                Plaintiff,

-against-

BANK OF AMERICA, N.A.,

                Defendant.

25-CV-0517 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brought this action *pro se*. By order dated January 21, 2025, the Court directed Plaintiff, within 30 days, to either pay the $405.00 in fees required to bring a civil action in this court or submit an application to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] (ECF 3.) Because Plaintiff did not comply with the Court's order, by order dated February 25, 2025, and entered on the docket on February 26, 2025, the Court dismissed the action. (ECF 4.) The Clerk of Court entered judgment on February 27, 2025. (ECF 5.) On March 5, 2025, the court received a money order from Plaintiff for the amount of $405.00.

      Because a civil judgment has been entered in this action and the case is closed, the Court directs the Clerk of Court to return to Plaintiff his money order in the amount of $405.00. If Plaintiff wishes to pursue his claims, he may do so by filing a new civil action and paying the filing fees within the prescribed time. This action remains closed.

## CONCLUSION

      The Court directs the Clerk of Court to return to Plaintiff his money order in the amount of $405.00. This action remains closed.

---

[1] This action is one of approximately 50 actions Plaintiff filed in this court without paying the filing fees or submitting an IFP application over the past several months.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 7, 2025
         New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge